

**Re: 5:15-cv-00635-EJD Farrell v. Target Corporation**
ECFHELPDESK   to: Cindy Hernandez                06/12/2015 01:52 PM
Sent by: Erik Nielsen

From: ECFHELPDESK/CAND/09/USCOURTS
To: Cindy Hernandez/CAND/09/USCOURTS@USCOURTS
Sent by: Erik Nielsen/CAND/09/USCOURTS

**Extracting Case Data ...**

Sending e-mail to InterdistrictTransfer_ILND@ilnd.uscourts.gov

**... Extraction Completed**

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

Cindy Hernandez    Please transfer case pursuant to MDL TRANSFE...    06/11/2015 05:40:19 PM

From: Cindy Hernandez/CAND/09/USCOURTS
To: ECFHELPDESK/CAND/09/USCOURTS@USCOURTS
Date: 06/11/2015 05:40 PM
Subject: 5:15-cv-00635-EJD Farrell v. Target Corporation

Please transfer case pursuant to MDL TRANSFER ORDER  posted on 6/11/15
 to the Northern District of Illinois, Eastern Division

usdc_ecf_ilnd@ilnd.uscourts.gov

Thank You
Cindy