

**Fw: Transferred case has been opened**
ECFHELPDESK    to: Cindy Hernandez                                06/15/2015 01:43 PM

| | |
|---|---|
| From: | ECFHELPDESK/CAND/09/USCOURTS |
| To: | Cindy Hernandez/CAND/09/USCOURTS@USCOURTS |

5:15-cv-00635 EJD

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 06/15/2015 01:43 PM -----

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| To: | InterdistrictTransfer_CAND@cand.uscourts.gov |
| Date: | 06/15/2015 01:16 PM |
| Subject: | Transferred case has been opened |

```
CASE: 5:15-cv-00635

DETAILS: Case transferred from California Northern
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:15-cv-05112, filed 06/12/2015.
```